Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number

Wright, Finlay & Zak, LLP
Donna L. LaPorte, Esq. SBN 93428
Nichole L. Glowin, Esq. SBN 262932
4665 MacArthur Court, Ste. 280
Newport Beach, CA 92660
Tel: 949-477-5050 Fax: 949-477-9200

☐ Individual appearing without counsel
☒ Attorney for Movant: National Bank of Arizona, a national banking association

FOR COURT USE ONLY

**FILED & ENTERED**

**SEP 16 2009**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY mccall     DEPUTY CLERK

**CHANGES MADE BY COURT**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

JAMES C. GIANULIAS

Debtor(s).

CHAPTER: 11

CASE NO.: 8:08-13150-RK

DATE: 9/8/09
TIME: 10:30 am
CTRM: 5D
FLOOR: 5th

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: National Bank of Arizona, a national banking association)

1. The Motion was:  ☐ Contested  ☒ Uncontested  ☐ Settled by Stipulation

2. The Motion affects the following real property ("Property"):

   *Street Address:*  12553 Settlers Lane
   *Apartment/Suite No.:*
   *City, State, Zip Code:* Truckee, California 96161

   Legal description or document recording number (including county of recording):

   THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE TOWN OF TRUCKEE, COUNTY OF NEVADA, STATE OF CALIFORNIA AND IS DESCRIBED AS FOLLOWS:
   Lot R38 of Old Greenwood Phase 1 as per map recorded November 3, 2003, in Book 8 of Subdivisions, at Page 111, Nevada County Records.

   ☐ See attached page.

3. The Motion is granted under:  ☒ 11 U.S.C. § 362(d)(1)  ☒ 11 U.S.C. § 362(d)(2)  ☐ 11 U.S.C. § 362(d)(3)
   ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
   a. ☒ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
   b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
   c. ☐ Modified or conditioned as set forth in Exhibit _____ to this Order.

5. ☒ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(This Order is continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

| In re:<br>JAMES C. GIANULIAS | Debtor(s). | CHAPTER 11 |
|---|---|---|
| | | CASE NUMBER 08-13150-RK |

6. ☐ Movant shall not conduct a foreclosure sale before the following date *(specify)*:

7. ☐ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)4(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

   a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

   b. ☒ The 10-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.

   c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-10-ER).*

   d. ☐ See attached continuation page for additional provisions.

###

DATED: September 16, 2009

_____
United States Bankruptcy Judge

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

January 2009                                                                 F 4001-10.RP

| In re:<br>JAMES C. GIANULIAS | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 08-13150-RK |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
4665 MacArthur Court, Ste 280, Newport Beach, Ca 92660

A true and correct copy of the foregoing document described <u>ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)</u>
_____ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___9/11/09___ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Honorable Robert Kwan

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/11/09 | Jennifer Nguyen | /s/ Jennifer Nguyen |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the  Central District of California.

*January 2009*                                                                                             **F 4001-10.RP**

## ADDITIONAL SERVICE INFORMATION (

James C. Gianulias
1105 Quail St.
Newport Beach, CA 92660

Capital Drywall, LP
c/o Hines Smith Carder
3080 Bristol St Ste 540
Costa Mesa, CA 92626

Peter L Duncan
401 B St Ste 1500
San Diego, CA 92101

Gateway Insulation, Inc.
c/o Hines Smith Carder
3080 Bristol St Ste 540
Costa Mesa, CA 92626

Gateway Plastering, Inc.
c/o Hines Smith Carder
3080 Bristol St Ste 540
Costa Mesa, CA 92626

John D Klinedinst
Klinedinst PC
501 W Broadway Ste 600
San Diego, CA 92101

Lanak & Hanna P C
400 N Tustin Ave
Santa Ana, CA 92705-3815

Lantex Landscape Architecture Inc
28052 Camino Capistrano Ste 211
Laguna Niguel, CA 92677

William N. Lobel
840 Newport Center Drive Ste 750
Newport Beach, CA 92660

William N. Lobel
Irell & Manella LLP
840 Newport Center Dr, Ste 400
Newport Beach, CA 92660-6324

PNC Bank, National Association
Polsinelli Shalton Flanigan Suelthaus PC
Daniel J Flanigan
700 W 47th St Ste 1000
Kansas City, MO 64112

Lori Scott
1301 Fifth Ave Ste 3100
Seattle, WA 98101

Squire, Sanders & Dempey LLP
Patrick Fields
555 S. Flower Street
31st Floor
Los Angeles, CA 90071-2300

Squire, Sanders & Dempsey LLP
Sean T. Cork
40 N. Central Ave., #2700
Phoenix, AZ 85004

Linda Watanabe-Mitchell
David Evans and Associates Inc
320 SW Upper Terrace Dr Ste 200
Bend, OR 97702

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**

<table>
<tr><td>In re:<br>JAMES C. GIANULIAS<br><br>Debtor(s).</td><td>CHAPTER: 11<br><br>CASE NUMBER: 08-13150-RK</td></tr>
</table>

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (REAL PROPERTY)** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** ¥ Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **September 16, 2009**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Michael J Hauser    michael.hauser@usdoj.gov
- Alan J Friedman    afriedman@irell.com
- James E Till    jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Kerri A Lyman    klyman@irell.com
- Donna L La Porte    vcorbin@wrightlegal.net, gtran@wrightlegal.net

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Debtor
James C Gianulias
1105 Quail St
Newport Beach, CA 92660

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 4001-10.RP**