The Court shall retain jurisdiction to implement and enforce the provisions of the Plan, the Confirmation Order, and the Creditors' Trust Agreement, and otherwise to enter orders in aid of confirmation and implementation of the Plan, including, without limitation, appropriate orders to protect the Creditors' Trust from any action or other proceeding that may be initiated by any Creditor or Interest Holder.

5. <u>Plan Modification</u>

The Court shall retain jurisdiction to modify the Plan pursuant to section 1127 of the Bankruptcy Code and the applicable Bankruptcy Rules.

6. <u>Adjudication of Controversies</u>

The Court shall retain jurisdiction to adjudicate such contested matters and adversary proceedings as may be pending or subsequently initiated in the Court including, but not limited to, objections to Claims, or actions relating to taxes, brought by the Creditors' Trust.

7. <u>Injunctive Relief</u>

The Court shall retain jurisdiction to issue any injunction or other relief appropriate to implement the intent of the Plan, and to enter such further orders enforcing any injunctions or other relief issued under the Plan or pursuant to the Confirmation Order.

8. <u>Correct Minor Defects</u>

The Court shall retain jurisdiction to correct any defect, cure any omission or reconcile any inconsistency or ambiguity in the Plan, the Confirmation Order or any document executed or to be executed in connection therewith, including, without limitation, the Creditors' Trust Agreement, as may be necessary to carry out the purposes and intent of the Plan, provided that the rights of any holder of an Allowed Claim or Allowed Interest are not materially and adversely affected thereby.

9. <u>Post-Confirmation Orders Regarding Confirmation</u>

The Court shall retain jurisdiction to enter and implement such orders as may be appropriate in the event the Confirmation Order is, for any reason, stayed, reversed, revoked, modified or vacated.

10. <u>Final Decree</u>

The Court shall retain jurisdiction to enter a final decree closing any or all of the Cases.

B.  **Failure of the Bankruptcy Court to Exercise Jurisdiction**

If the Bankruptcy Court abstains from exercising or declines to exercise jurisdiction over any matter arising under, arising in or related to the Debtors' Estates, including with respect to the matters set forth in this Article, this Article shall not prohibit or limit the exercise of jurisdiction by any other court having competent jurisdiction with respect to such subject matter.

## ARTICLE XIII

## MODIFICATION; MISCELLANEOUS

A.  **Binding Effect of Plan**

The provisions of this Plan and Confirmation Order shall be binding upon and inure to the benefit of the Debtors, their Estates, any holder of any Claim or Interest treated herein or any Person named or referred to in this Plan, and each of their respective heirs, executors, administrators, representatives, predecessors, successors, assigns, agents, officers and directors, and, as to the binding effect, to the fullest extent permitted under the Bankruptcy Code and other applicable law, each other Person affected by this Plan and the Confirmation Order.

B.  **Withdrawal of this Plan**

The Plan Proponents reserve the right, at any time prior to the substantial consummation (as that term is defined in section 1101(2) of the Bankruptcy Code) of this Plan, to revoke or withdraw this Plan. If this Plan is revoked or withdrawn or if the Confirmation Date does not occur, this Plan shall be null and void and have no force and effect. In such event, nothing contained herein shall be deemed to constitute a waiver or release of any claims or interests by or against the Proponents or any other Person, constitute an admission of any fact or legal conclusion by the Debtors or any other Person or to prejudice in any manner the rights of the Plan Proponents or any Person in any further proceeding involving the Plan Proponents.

C.  **Plan Modification**

The Plan Proponents may alter, amend, or modify this Plan under section 1127 of the Bankruptcy Code or as otherwise permitted at any time before the Confirmation Date. After the Confirmation Date and before the substantial consummation of this Plan, and in accordance with

the provisions of section 1127(b) of the Bankruptcy Code and the Bankruptcy Rules, the Plan Proponents and any party in interest may, so long as the treatment of holders of Claims under this Plan is not adversely affected, institute proceedings in the Bankruptcy Court to remedy any defect or omission or to reconcile any inconsistencies in this Plan, the Disclosure Statement or the Confirmation Order and any other matters as may be necessary to carry our the purposes and effects of this Plan. However, prior notice of such proceedings shall be served in accordance with Bankruptcy Rule 2002.

In exchange for the consideration to be provided to the Creditors' Trust for the benefit of holders of Allowed General Unsecured Claims under the Plan, the right of any holder of a General Unsecured Claim to seek to modify the Plan pursuant to section 1127(e) of the Bankruptcy Code is waived.

**D.     Inconsistency**

To the extent there is an inconsistency or ambiguity between any term or provision contained in the Disclosure Statement and the Creditors' Trust Agreement, the Creditors' Trust Agreement shall control. To the extent there is an inconsistency or ambiguity between any term or provision contained in the Disclosure Statement and the Plan, the Plan shall control. To the extent there is an inconsistency or ambiguity between any term or provision contained in the Creditors' Trust Agreement and the Plan, the Creditors' Trust Agreement shall control. To the extent there is an inconsistency or ambiguity between any term or provision contained in the Primary Note or the Secondary Note and the Plan, the Primary Note or Secondary Note shall control.

**E.     Headings Do Not Control**

In interpreting the Plan, the headings of individual sections are provided for convenience only, and are not intended to control over the text of any section.

**F.     No Transfer Taxes**

Pursuant to section 1146(c) of the Bankruptcy Code, no transfer or sale by the Debtors that has occurred during the Cases shall be subject to any stamp tax, transfer tax or similar tax, including any transfers to or from the Creditors' Trust.

**G.    Taking Action**

After the Effective Date, to the extent the Plan requires an action by a Debtor, the action may be taken only by the Creditors' Trust, acting through the Creditors' Trust Trustee, as representative and on behalf of the Estates.

**H.    Termination of Committee**

The Committee shall be dissolved as of the Effective Date, and the members of the Committee shall be relieved of all of their responsibilities and duties in the Cases, and the Committee shall have no further participation in the Cases.

**I.    Limitation of Liability**

Neither the Debtors, the Committee, the Creditors' Trust, nor any of their respective officers, directors, employees, trustees, members, or agents, nor any Professionals employed by one or more of them, shall have or incur any liability to any person for any act taken or omission made in good faith in connection with or related to: (a) the business judgment of the Debtors and any affiliated or subsidiary entities, including, but not limited to, the filing of these Cases; (b) the business judgment of the Committee; and (c) the post-Petition Date administration of these Cases, including, but not limited to, the formulation, implementation, confirmation, or consummation of the Plan, the Disclosure Statement, the business operations of the Debtors, the duties and obligations of the Committee, liquidation of the Debtors' assets, the negotiation and implementation of any settlement agreement or any security contract, instrument, release, or other agreement or document created in connection with the Plan, or regarding any distributions made pursuant to the Plan, other than a claim based, in whole or in part, upon a breach of a written contract.

**J.    United States Trustee's Fees**

Transfers from the Debtors' Estates to the Creditors' Trust pursuant to the Plan or the Settlement Agreement shall be treated as disbursements pursuant to 28 U.S.C. § 1930(a)(6) and shall be paid by the Debtors or the Reorganized Debtors. Distributions from the Creditors' Trust pursuant to the Plan or the Creditors' Trust Agreement shall not be treated as disbursements pursuant to 28 U.S.C. § 1930(a)(6).

K.  **Governing Law**

Except to the extent that the Bankruptcy Code or Bankruptcy Rules or other federal laws are applicable, and subject to the provisions of any other agreement or document entered into in connection with this Plan, the construction, implementation and enforcement of this Plan and all rights and obligations arising under the Plan shall be governed by, and construed and enforced in accordance with, the laws of the State of California, without giving effect to conflicts of law principles which would apply the law of a jurisdiction other than the state of California or the United States of America.

L.  **Notice**

Any notice required or permitted to be provided under this Plan shall be in writing and served by either (a) certified mail, return receipt requested, postage prepaid, (b) hand delivery, or (c) reputable overnight delivery service, freight prepaid, to be addressed as follows:

| | |
|---|---|
| To the Debtors: | William Lobel<br>The Lobel Firm, LLP<br>840 Newport Center Drive, Suite 750<br>Newport Beach, California 92660 |
| | Alan J. Friedman<br>Irell & Manella LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660 |
| To the Committee: | Victor A. Sahn<br>Elissa D. Miller<br>SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, California 90071 |
| To the United States Trustee: | Michael Hauser<br>The Office of the United States Trustee<br>411 West Fourth Street, Suite 9041<br>Santa Ana, California 92701 |

M.  **Filing of Additional Documents**

On or before substantial consummation of this Plan, the Plan Proponents shall issue, execute, deliver, and file with the Bankruptcy Court or record any agreements and other documents, and take any action as may be necessary or appropriate to effectuate, consummate and

further evidence the terms and conditions of this Plan, including by making such supplemental disclosures or notices as the Plan Proponents deems useful.

**N.    No Attorneys' Fees**

No attorneys' fees will be paid by the Debtors or the Creditors' Trust Trustee with respect to any Claim or Interest, except as expressly specified herein or allowed by a Final Order of the Bankruptcy Court.

**O.    Successors and Assigns**

The rights, benefits and obligations of any Person named or referred to in this Plan shall be binding on, and shall inure to the benefit of, any heir, executor, administrator, successor or assign of such Person.

**P.    Preservation of Rights of Setoff**

The Creditors' Trust Trustee may, but shall not be required to, setoff against any Claim, and the payments or other distributions to be made pursuant to this Plan in respect of such Claim, claims of any nature whatsoever that the Debtors may have against the holder of such Claims; but neither the failure to do so nor the Allowance of any Claim hereunder shall constitute a waiver or release by the Debtors of any such claim that the Debtors may have against such holder.

**Q.    Defenses with Respect to Claims**

Except as otherwise provided in this Plan, nothing shall affect the rights and legal and equitable defenses of this Creditors' Trust Trustee or the Debtors with respect to any Claims, including all rights in respect of legal and equitable defenses to setoffs or recoupments against Claims.

**R.    No Injunctive Relief**

No Claim or Interest shall under any circumstances be entitled to specific performance of other injunctive, equitable, or other prospective relief.

**S.    No Admissions**

Notwithstanding anything herein to the contrary, nothing contained in this Plan shall be deemed an admission by the Plan Proponents with respect to any matter set forth herein, including,

without limitation, liability on any Claim or Interest or the propriety of any classification of any Claim or Interest.

T. **Allocation of Plan Payments to Principal and Interest**

Distributions under the Plan in respect of Allowed Claims will be allocated first to the stated principal amount of such Claims, with any excess allocated to interest that accrued but was unpaid while the Claim was held by the Creditor, if applicable.

## ARTICLE XIV

## CONFIRMATION REQUEST

The Plan Proponents request that the Bankruptcy Court confirm this Plan under the cramdown provisions of section 1129(b) of the Bankruptcy Code with respect to any Class presumed to have rejected the Plan and/or any Class that does not vote to accept the Plan, on the basis that this Plan is fair and equitable, and does not discriminate unfairly, with respect to each Class of Claim and Interests that is impaired under, and has not accepted, this Plan.

Dated: November 9, 2009

_____
James C. Gianulias

_____
Cameo Homes
By: James C. Gianulias
Its: Chairman

**Presented by:**

/s/ Alan J. Friedman
William N. Lobel
Mike D. Neue
THE LOBEL FIRM, LLP

Attorneys for Debtors and
Debtors-in-Possession

    -and-

Alan J. Friedman
IRELL & MANELLA LLP

Attorneys for Debtors and
Debtors-in-Possession

## EXHIBITS TO PLAN

1 - Creditors' Trust Agreement
2 - Schedule of executory contracts to be assumed

# EXHIBIT "1"

# TO BE PROVIDED

| NAME OF PARTY | EXECUTOR | TYPE | DATED | DESCRIPTION |
|---|---|---|---|---|
| 084 Calimesa, LLC | Cameo | Operating Agreement | | Partnership Document |
| 213 Banning, LLC | Cameo | Operating Agreement | 3/11/2004 | Partnership Document |
| Apartments at La Quinta Village II, LLC | Cameo | Operating Agreement | 7/25/2005 | Partnership Document |
| Apartments at La Quinta Village II, LP | Cameo | Partnership Agreement | 7/25/2005 | Partnership Document |
| Apartments At La Quinta Village, LLC (DELAWARE) | Cameo | Operating Agreement | 6/27/2007 | Partnership Document |
| AARP Healthcare Options | JCG | Insurance | | Healthcare Insurance |
| AARP Medicare RX Plans | JCG | Insurance | | Priscription Insurance |
| AIG Private Client Group | JCG | Insurance | | Residence, Auto, Umbrella for all homes. |
| Apartments At La Quinta Village, LP | JCG | Partnership Agreement | 8/1/2003 | Partnership Document |
| Albert Assoc Management LLC/Santa Rosa | JCG | HOA Requirement | | HOA for 77320 Camino Quintana, La Quinta, CA 92253 |
| Arch Insurance Company | Cameo & JCG | General Indemnity Agreement | | Surety bonds (various projects) |
| Balboa Bay Club | JCG | Membership Agreement | | Club Membership Agreement |
| Banning 144, LLC | Cameo | Operating Agreement | 5/6/2002 | Partnership Document |
| Barney & Barney | Cameo & JCG | Loan Agreement | | Loan #00-8098294-3 |
| Bank of the West | Cameo & JCG Trust | First Amendment to Guaranty | 8/7/2007 | Guarantee |
| Bank of the West | JCG Trust | First Amendment to Guaranty and Completion of Guaranty | | Guarantee |
| Bank of the West | JCG & JCG Trust | Guaranty Agreement | 7/9/2007 | Guarantee |
| Bank of the West | JCG & JCG Trust | Guaranty Agreement | 10/21/2005 | Guarantee |
| Barney & Barney | Cameo & JCG | | | |
| Bellport-Lido Penninsula Company LLC | JCG | Lease | | Insurance Services |
| Big Canyon Country Club | JCG | Membership Agreement | | Club Membership Agreement |
| Birchskye, LLC | JCG | Warehouse Lease | | Storage of Boat (month to month) |
| BMGroup | Cameo & JCG | Service Agreement | | Rental agreement |
| BoGeorp Realty Services, Inc | Cameo | Lease | May-08 | Bankruptcy Service contract - Non-Residential Real Property Lease for 1200 Quail Street, Suite 260 |
| Brent Schlea | JCG | Service Agreement | | Landscape 13 Coconut Grove |
| Brett Allnutt | JCG | Service Agreement | | Pool/Spa Service |
| California Bank & Trust | JCG | Commercial Loan Agreement | | Loan #140-7309-02332491-001 |
| California Bank and Trust | JCG | Change in Terms of Agreement | 12/12/2003 | |
| California Bank and Trust | JCG | Change in Terms of Agreement | 12/26/2004 | |
| California Bank and Trust | JCG | Change in Terms of Agreement | 12/1/2004 | |
| California Bank and Trust | JCG | Change in Terms of Agreement | 12/1/2004 | |
| California Bank and Trust | JCG | Change in Terms of Agreement | 12/1/2005 | |
| California Bank and Trust | JCG | Change in Terms of Agreement | 11/16/2006 | |
| California Bank and Trust | JCG | Promissory Note | | |
| California Bank and Trust | Cameo | Consent and Reaffirmation of Guarantor | | |
| California Bank and Trust | Cameo | Consent and Reaffirmation & Modification of Continuing | | |
| California Bank and Trust | Cameo & JCG Trust | Affirmation & Modification of Continuing | | |
| California Bank and Trust | Cameo & JCG Trust | Affirmation of Guaranty Agreement | | |
| California Bank and Trust | Cameo & JCG Trust | Affirmation of Guaranty Agreement | | Loan #760003830 & 760004023 |
| California Bank and Trust | Cameo & JCG Trust | Affirmation of Guaranty Agreements & Environmental Indemnity Agreement | | Loan #760003755 |
| California Bank and Trust | Cameo & JCG Trust | Affirmation of Guaranty Agreements & Environmental Indemnity Agreement | | Loan #760003734 |
| California Bank and Trust | Cameo & JCG Trust | Continuing Guaranty Agreement | | Loan #760003830 |
| California Bank and Trust | Cameo & JCG Trust | Continuing Guaranty Agreement | | Loan #760009901 & 760009912 |
| California Bank and Trust | Cameo & JCG Trust | Continuing Guaranty Agreement | | Loan #760005597 |
| California National Bank | Cameo & JCG Trust | Guaranty Agreement | | Loan #760004033 ($1,363,000) |
| California National Bank | Cameo & JCG Trust | Guaranty Agreement | | Loan #760003830 |
| California National Bank | Cameo & JCG Trust | Guaranty Agreement | | Loan #7600004023 ($12,670,000) |



Exhibit 2
Page 60

| Party | Counterparty | Type | Date | Description |
|---|---|---|---|---|
| California National Bank | Cameo & JCG Trust | Guaranty Agreement | | Loan #7600003755 ($19,400,000) |
| California National Bank | JCG Trust | Consent and Reaffirmation of Guarantor | | Loan #7600003859 |
| California National Bank | JCG | Continuing Guaranty Agreement | | Loan #7600003734 |
| California National Bank | JCG Trust | Guaranty Agreement | | Loan #7600003734 |
| California National Bank | JCG Trust | Continuing Guaranty Agreement | | Loan #7600003859 |
| Cambridge Square Partners | JCG | Partnership Agreement | 4/17/1980 | Partnership Document |
| Cambridge Square Partners | JCG | Partnership Agreement - 1st Amendment | 7/11/1980 | Partnership Document |
| Cameo Homes | JCG | | | Corporation Document |
| CJGH, LLC | JCG | Contract | | Partnership Document |
| Charles Joseph Associates | Cameo | Contract | | Service contract |
| Chase Home Finance | JCG | Home Loan | | Loan #159687420 |
| Chiappero Family Trust, David Mandala Managing Agent | JCG | Non-Residential Real Property Lease | | Lease of Approx 2000 sq ft multi-tenant industrial sotrage facility at 4001 Birch Street, Unit G, Newport Beach, CA 92660 |
| Cingular Wireless | Cameo | Agreement | | Phone Service |
| Coast Business Center, LTD | Cameo | Partnership Agreement | 8/10/1984 | Partnership Document |
| Coast Business Center, LTD | Cameo | Partnership Agreement - 2nd Amendment | 5/1/2000 | Partnership Document |
| Coast Business Center, LTD | Cameo | Partnership Agreement - 3rd Amendment | 4/27/2006 | Partnership Document |
| Coast Business Center, LTD | JCG | | | Partnership Document |
| Coast Business Center, LTD | JCG | | | Partnership Document |
| Country Estates Homes, LLC | JCG | Operating Agreement | 2/1/2006 | Partnership Document |
| Countrywide | JCG | Home Loan | | Loan #25955528 |
| Countrywide | JCG | | | Loan #95017847 |
| Crown Building | Cameo | Partnership Agreement | 8/22/1972 | Partnership Document |
| CNDI Cove Community Association | JCG | Agreement | | HOA management for 21 Atlantis |
| D Wong & Associates, LLC | Cameo | Agreement | | Non-Residential Real Property Lease for 1200 Quail Street, Suite 260 and 250 |
| Daley Christian Structural Engineering | JCG | Contract | | Service contract |
| Dana Centre (General Partnership) | JCG | Partnership Agreement | 6/1/1991 | Partnership Document |
| Dana Centre (General Partnership) | JCG | Partnership Agreement - 1st Amendment | 12/22/1997 | Partnership Document |
| Dana Centre LLC | JCG | Operating Agreement | 10/4/2007 | Partnership Document |
| Dana Centre LP | JCG | Partnership Agreement | 9/2007 | Partnership Document |
| Eberhart Consultants | JCG | | | Service contract |
| East Coast Properties | JCG | Operating Agreement | | Partnership Document |
| E&O Restaurants Hawaii, LLC | JCG | Operating Agreement | | Partnership Document |
| Emerald Isle (Placentia) LLC | Cameo | Operating Agreement | 9/2007 | Partnership Document |
| Emerald Isle (Placentia) LP | JCG | Partnership Agreement | 10/5/2007 | Partnership Document |
| Favreau Engineering | Cameo | Contract | | Service contract |
| GGM & Associates | Cameo | Professional Service Agreement | | Service contract |
| David Evans & Associates | Cameo | Contract | | Service contract |
| Desert Pool Specialist | JCG | Service Agreement | | Pool Service at 77320 Camino Quintana, La Quinta, CA 92253 |
| Familie Holdings LP | JCG & JCG Trust | Repayment and Performance Guaranty – 100 San Jacinto | | Guarantee |
| Familie Holdings LP | JCG & JCG Trust | Repayment and Performance Guaranty – 82 San Jacinto | | Guarantee |
| Familie Holdings LP | JCG & JCG Trust | Repayment Guaranty Secured Loan — Murrieta | | Guarantee |
| Familie Holdings LP | JCG & JCG Trust | Repayment Guaranty Secured Loan – French Valley Land 60 | | Guarantee |
| Familie Holdings LP | JCG & JCG Trust | Repayment Guaranty Secured Loan – French Valley 40 | | Guarantee |
| Fasching Haus East Condo Association | Jim | Agreement | | HOA-747 S. Galena St. Unit 340/440, Aspen, CO |
| Fletcher Jones Motor Cars | JCG | Motor Vehicle Lease Agreement | | Auto Lease - Mercedes |
| Fountain Valley Senior Housing II, LLC | Cameo | Operating Agreement | 6/21/2003 | Partnership Document |
| Fountain Valley Senior Housing, LP | Cameo | Partnership Agreement | 8/5/2003 | Partnership Document |
| Fountain Valley Senior Housing, LP | JCG | Partnership Agreement | 8/5/2003 | Partnership Document |

Exhibit 2 Page 61

| Name | Entity | Type | Date | Description |
|---|---|---|---|---|
| Forest K. Haag | Cameo | Contract | | Service contract |
| French Valley 40, LLC | Cameo | Operating Agreement | | Partnership Document |
| G Companies Construction, Inc. | JCG | Operating Agreement | 8/18/2005 | Partnership Document |
| G Companies Homebuilding, LLC | Cameo | Operating Agreement | | Corporation Document |
| G Companies I, LLC | JCG | Operating Agreement | 6/19/2004 | Partnership Document |
| G Companies II, LLC | JCG | Operating Agreement | 6/7/2001 | Partnership Document |
| G Companies Management, LLC | JCG | Operating Agreement | 2/4/2006 | Partnership Document |
| G Family Investment, LLC | JCG | Operating Agreement | 11/7/2001 | Partnership Document |
| Gannon Design | Cameo | Professional Service Agreement | | Service contract |
| Geovera Insurance | JCG | Insurance | | Earthquake Ins for 21 Atlantis Cove |
| GIMA, LLC | JCG | Operating Agreement | 2/8/2001 | Partnership Document |
| Gin Wong | ? | | | Service contract |
| Grass Valley Shopping Center LLC | Cameo | Operating Agreement | 11/22/2005 | Partnership Document |
| Greenhaven Plaza | JCG | | | |
| Gus Gianulias | Cameo | Promissory Note | 12/26/2007 | $3,000,000 secured loan to Jim |
| GVSC, LP | Cameo | Partnership Agreement | 12/27/2005 | Partnership Document |
| GVSC, LP | JCG | Partnership Agreement | 12/27/2005 | Partnership Document |
| Hall & Foreman | Cameo | Contract | | Service contract |
| HACO Intermodal Tank Transport, LLC | Cameo | Non-Residential Real Property Lease | | Sublease Agreement between Cameo and Hawaii Intermodal Tanktransport, LLC for Suite 250 at 1200 Quail Street, Newport Beach, CA ending 1/31/2009 |
| Hunsaker & Associates | Cameo | Contract | | Service contract |
| IC Consulting/Ivan Chang | Cameo | Agreement | | Service contract |
| iche 130, LLC | Cameo | Operating Agreement | 3/11/2004 | Partnership Document |
| ichehomes 130, LP | Cameo | Partnership Agreement | 12/8/2004 | Partnership Document |
| Insurance Exchange of the Automobile Club AAA | JCG | Service Agreement | | Road Side Assistance Service |
| Intercoast Mortgage Investment | Cameo | Guaranty Agreement | | Rancho Cucamonga 212, LP guarantee |
| Intervest Mortgage Investment | Cameo | Guaranty Agreement | | Rancho Cucamonga 212, LP guarantee |
| Islands Ala Mona, LP | JCG | Partnership Agreement | | Partnership Document |
| Islands XVI | JCG | Partnership Agreement | | Partnership Document |
| Janet Simpson-Gianulias | JCG | Premarital Agreement | | |
| Jaime Garcia | JCG | Service Agreement | | Gardening Service at 21 Atlantis |
| Jim Redmond, LLC | JCG | Operating Agreement | | Partnership Document |
| JT Taylor | JCG | Insurance | 2/1/2006 | PREVIOUS - Auto Antique Policy |
| Key Stone Pacific Property Management/Crystal Cove Community Association | JCG | HOA Requirement | | HOA for 21 Atlantis home |
| Kittleson & Associates | Cameo | Contract | | Service contract |
| Kona Plantation, LLC | Cameo | Operating Agreement | 12/5/2005 | Partnership Document |
| KTGY Group, Inc | Cameo | Contract | | Service contract |
| LAGI, LLC | JCG | Operating Agreement | 2/8/2001 | Partnership Document |
| LaHaina Cannery Mall, LLC | JCG | Operating Agreement | | Partnership Document |
| Loring/Sequoia Partners LLC & South Banning Properties, LLC | Cameo | Guaranty Agreement | | Guarantee |
| LG Parkewood Village, LP | JCG | Partnership Agreement | 5/22/2001 | Partnership Document |
| LG Parkewood Village, LP | JCG | Partnership Agreement | 5/22/2001 | Partnership Document |
| Lucas-Gianulias | JCG | Partnership Agreement | 1/1/1978 | Partnership Document |
| Lucas-Gianulias | Cameo | Lease | | Lease for 1105 Quail Street, Newport |
| Lucas-Gianulias | Cameo | Lease | | Lease for 1101 Quail Street, Newport |
| Lucas-Gianulias | Cameo | Lease | | Lease for 1107 Quail Street, Newport |
| Luxury Retreats | JCG | Owner/PMC Marketing Agreement | 11/26/2008 | 13 Coconut Grove, LaHaina, HI 96761 |
| Management Consultants Hawaii | JCG | HOA Requirement | | Property Management and HOA - 13 Coconut Grove Lane, Unit C, Lahaina, HI |
| Marilyn Gianulias | JCG | Dissolution Judgement on Reserved Issues | | |
| Marilyn Gianulias-Robbins | JCG | Settlement Agreement | | |
| Mayacama Golf Club | JCG | Agreement | | Membership Agreement |

Exhibit 2
Page 62

| Party | Entity | Type | Date | Description |
|---|---|---|---|---|
| Mercedes Benz Financial | JCG | Mercedes Lease | | Acct #7002053671 |
| Mesa Management Inc. | JCG | Agreement | | Corporation Document |
| MS, LLC | Cameo | Operating Agreement | 7/1/2005 | Partnership Document |
| MS, LLC | JCG | Operating Agreement | 7/1/2005 | Partnership Document |
| MS, LLC | JCG | Operating Agreement - 1st Amendment | 11/11/2005 | Partnership Document |
| MS, LLC | JCG | Operating Agreement - 2nd Amendment | 2/1/2006 | Partnership Document |
| Murrieta 144 Apartments LP | JCG | Partnership Agreement | 9/23/2004 | Partnership Document |
| Murrieta 144 Apartments, LLC (DELAWARE) | Cameo | Operating Agreement | | Partnership Document |
| Murrieta 180 Apartments, LP | Cameo | Partnership Agreement | 10/ /2004 | Partnership Document |
| Murrieta 492 Apartment Village, LLC | Cameo | Operating Agreement | 10/ /2004 | Partnership Document |
| Murrieta 492, LP | Cameo | Partnership Agreement | 6/21/2004 | Partnership Document |
| Murrieta Land 60, LLC | Cameo | Operating Agreement | 6/15/2004 | Partnership Document |
| Murrieta Village Walk, LLC | Cameo | Operating Agreement | 3/2/2004 | Partnership Document |
| Murrieta Village Walk, LP | JCG | Partnership Agreement | 3/3/2004 | Partnership Document |
| MW Housing Partners III, LP | Cameo | Guaranty – BEG LLC aka Whispering Creek | | Guarantee |
| MW Housing Partners III, LP | Cameo | Guaranty – Rider Patterson LLC aka Perris 130 | | Guarantee |
| MW Housing Partners III, LP | Cameo | Guaranty – Banning 213 | | Guarantee |
| MW Housing Partners III, LP | Cameo & JCG | Guaranty – Rancho Fortunado | | Guarantee |
| Nanga Golf Club Inc | JCG | Agreement | | Membership Agreement |
| NCG Golf Associates, LLC | JCG | Operating Agreement | | Partnership Document |
| National Bank of Arizona | JCG & JCG Trust | Promissory Note | | Old Greenwood land loan |
| National Bank of Arizona | JCG Trust | Deed of Trust | | Old Greenwood land loan |
| Old Greenwood Master Association | JCG | Association Agreement | | HOA-Old Greenwood |
| Pacific Mercantile Bank | JCG | Term Loan | 10/10/2003 | Loan #10103299 |
| Pacific Western Bank | Cameo & JCG | Commercial Guaranty Agreement | 5/31/2007 | Guarantee |
| Pacific Western Bank | Cameo & JCG | Commercial Guaranty Agreement | 5/31/2007 | Guarantee |
| Pacific Western Bank | JCG | Business Loan Agreement | | Loan #22357801 |
| Pacific Western Bank | JCG | Business Unsecured Loan Agreement | | Loan #31046166 |
| Pacific Western Bank | JCG | Business Unsecured Loan Agreement | | Loan #22357801 |
| Pacific Western Bank | JCG | Change in Terms of Agreement | 10/26/2004 | Loan #22357801 |
| Pacific Western Bank | JCG | Change in Terms of Agreement | 11/23/2004 | Loan #22357801 |
| Pacific Western Bank | JCG | Change in Terms of Agreement | 1/13/2006 | Loan #22357801 |
| Pacific Western Bank | JCG | Change in Terms of Agreement | 5/10/2006 | Loan #22357801 |
| Pacific Western Bank | JCG | Change in Terms of Agreement | 5/31/2007 | Loan #22357801 |
| Pacific Western Bank | JCG | Promissory Note | | Loan #22357801 |
| Park Glen, LLC | Cameo | Operating Agreement | 5/22/2001 | Partnership Document |
| Park Glen, LP | Cameo | Partnership Agreement | 5/22/2001 | Partnership Document |
| Park Mesa, LLC | Cameo | Operating Agreement | 5/22/2001 | Partnership Document |
| Park Mesa, LP | Cameo | Partnership Agreement | 5/22/2001 | Partnership Document |
| Parkwood Village, LLC | Cameo | Operating Agreement | 5/22/2001 | Partnership Document |
| PCR Services | Cameo | Contract | | Service contract |
| Personal Plant Service Debra Ringler | JCG | Service Agreement | | Plant/Garden Service |
| Phoenix - Issa Strategic Partners, LLC | Cameo | Agreement | 5/1/2001 | Service contract |
| Piccadilly Square, LLC | Cameo | Operating Agreement | | Service contract |
| Piccadilly Square, LP | Cameo | Partnership Agreement | 5/22/2001 | Partnership Document |
| Placentia 422, LP | JCG | Partnership Agreement | | Partnership Document |
| Premier Residential Services | JCG | Service Agreement | | Housekeeping Service |
| Procopio, Cory, Hargreaves, & Savitch | Cameo | Contract | | Service contract |
| Rancho Cucamonga 212, LLC | Cameo | Operating Agreement | 4/28/2004 | Partnership Document |
| Rancho Cucamonga 212, LP | JCG | Partnership Agreement | 4/29/2004 | Partnership Document |
| Redmond 9, LLC | JCG | Operating Agreement | 8/3/2007 | Partnership Document |
| Resort Quest | JCG | Agreement | | 747 S Galena Street, Aspen, CO |
| Rick Engineering | Cameo | Contract | | Service contract |
| River Knolls, LLC | Cameo | Operating Agreement | 5/17/2002 | Partnership Agreement |
| River Knolls, LP | Cameo | Partnership Agreement | 7/2/2002 | Partnership Document |

| Party | Counterparty | Type | Date | Description |
|---|---|---|---|---|
| Silver Knolls, LP | JCG | Partnership Agreement | | Partnership Document |
| Rolfs | JCG | Agreement | | Agreement to Store Wine |
| Security Life of Denver Ins. Co. | JCG | Agreement | | Second to Die Life Ins. Policy # 610072024 |
| Security Signal Devices Inc | JCG | Service Agreement | | Security Svc -77320 Camino Quintana, La Quinta 95253 |
| Seventh Lyon, LLC | JCG | Operating Agreement | 1/7/2004 | Partnership Document |
| Sheldon Group | Cameo | Contract | | Service contract |
| Siemens & Associates | Cameo | Contract | | Service contract |
| Silver Oaks Communities, LLC | JCG | Operating Agreement | 1/1/2004 | Partnership Document |
| Silver Oaks Ranch 120, LLC | JCG | Operating Agreement | | 2001 Partnership Document |
| Silver Oaks Ranch 136, LLC | JCG | Operating Agreement | 7/23/2000 | Partnership Document |
| Silver Oaks Ranch 240, LLC | JCG | Operating Agreement | 11/3/2000 | Partnership Document |
| State Compensation Insurance Fund | Cameo | Insurance | | Insurance Services |
| Sunrise Village Retail Center, LLC | JCG | Operating Agreement | | Partnership Document |
| Sunrise Village Retail Center, LP | Cameo | Partnership Agreement | | Partnership Document |
| Sunrise Village Retail Center, LP | JCG | Partnership Agreement | 11/2002 | Partnership Document |
| Sunset Partners | JCG | Agreement | 2/1/1997 | Partnership Document |
| T-Mobile | Cameo | Agreement | | Cellular Phone Service |
| Tahoe Mountain Club | JCG | Agreement | | Founding Membership & Sports Club Agreement |
| Ted Garcia | JCG | Service Agreement | | Landscape Services |
| The Kapalua Club | JCG | Agreement | | Club Membership Agreement |
| The Palms Golf Club at La Quinta, Inc. | JCG | Agreement | | Club Membership Agreement |
| United Healthcare Insurance Company | JCG | Insurance | | Healthcare Insurance |
| University Athletic Club | JCG | Agreement | | Club Membership Agreement |
| US Bancorp Business Equipment Finance Group | Cameo | Equipment Lease | | Network Servers - Agreement 803336 |
| US Bancorp Business Equipment Finance Group | Cameo | Equipment Lease | | Network Servers - Agreement 832651 |
| US Bancorp Business Equipment Finance | Cameo | Equipment Lease | | Network Servers - Agreement 843129 |
| Villa Buena, LLC | Cameo | Operating Agreement | 5/22/2001 | Partnership Document |
| Villa Buena, LP | Cameo | Partnership Agreement | 5/22/2001 | Partnership Document |
| Villa Buena, LP | JCG | Partnership Agreement | | Partnership Document |
| Verizon Wireless | JCG | Agreement | | Cellular Phone Service |
| Verizon Wireless | Cameo | Agreement | | Cellular Phone Service |
| VSA & Associates | Cameo | Contract | | Service contract |
| Wachovia Bank | Cameo & JCG | Loan Agreement | 4/30/2007 | |
| Wachovia Bank | JCG Trust | Promissory Note | 4/30/2007 | |
| Wachovia Commercial Loan Services | Cameo & JCG & JCG Trust | Commercial Loan Agreement | | Loan #44-47-3207742-5 |
| Wells Fargo Bank | JCG | Mortgage | | |
| Wells Fargo Bank | JCG | Initial Interest and Adjustable Rate Note | | |
| Wells Fargo Home Mortgage | JCG | HELOC | | Loan #117-0431087001 |
| Wells Fargo Home Mortgage | JCG | Home Loan | | Loan #17533969 |
| Western Insurance Company | Cameo & JCG | Indemnity Agreement | | Surety bonds (various projects) |
| XM Satellite Radio | JCG | Agreement | | Satellite Radio |
| XM Satellite Radio | Cameo | Agreement | | Satellite Radio |
| XRoads Solution Group | Cameo & JCG | Agreement | 5/18/2007 | Service contract |

Exhibit 2
Page 64

| In re:<br>James C. Gianulias and Cameo Homes | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 8:08-bk-13150-RK |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
840 Newport Center Drive, Suite 400, Newport Beach, CA 92660-6324

The foregoing document described as **DEBTORS' FIRST AMENDED PLAN OF REORGANIZATION (DATED NOVEMBER 9, 2009)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 9, 2009, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On November 9, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☒ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on November 9, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

Chambers of Honorable Robert W. Kwan
United States Bankruptcy Court
411 W. Fourth Street
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 11/9/09 | Lori Gauthier | /s/ Lori Gauthier |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                           **F 9013-3.1**

#2029995

| In re:<br>James C. Gianulias and Cameo Homes<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-bk-13150-RK |
|---|---|

**SERVED VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- John B Acierno    ecfcacb@piteduncan.com
- Jess R Bressi    jbressi@coxcastle.com
- Frank Cadigan    frank.cadigan@usdoj.gov
- Jon M Chatalian    efile@pbgc.gov
- Sean T Cork    scork@ssd.com
- Paul J Couchot    pcouchot@winthropcouchot.com, pj@winthropcouchot.com
- Melissa Davis    mdavis@shbllp.com
- Susan S Davis    sdavis@coxcastle.com
- Daniel Denny    ddenny@gibsondunn.com
- Lei Lei Wang Ekvall    lekvall@wgllp.com
- David K Eldan    malvarado@pmcos.com
- Alan J Friedman    afriedman@irell.com
- Jose A Garcia    ecfcacb@piteduncan.com
- Robert P Goe    kmurphy@goeforlaw.com, rgoe@goeforlaw.com;mforsythe@goeforlaw.com
- Michael J Hauser    michael.hauser@usdoj.gov
- Whitman L Holt    wholt@stutman.com
- Marsha A Houston    mhouston@reedsmith.com
- Lance N Jurich    ljurich@loeb.com, kpresson@loeb.com
- Donna L La Porte    vcorbin@wrightlegal.net, gtran@wrightlegal.net
- Daniel A Lev    dlev@sulmeyerlaw.com
- Kerri A Lyman    klyman@irell.com
- Robert C Martinez    rmartinez@mclex.com
- Andrew K Mauthe    mauthelaw@attglobal.net
- Elissa Miller    emiller@sulmeyerlaw.com
- Randall P Mroczynski    randym@cookseylaw.com
- Mike D Neue    mneue@thelobelfirm.com, csolorzano@thelobelfirm.com
- Penelope Parmes    pparmes@rutan.com
- Steven G Polard    spolard@perkinscoie.com
- Hamid R Rafatjoo    hrafatjoo@pszjlaw.com, hrafatjoo@pszjlaw.com
- Cassandra J Richey    cmartin@pprlaw.net
- Christopher O Rivas    crivas@reedsmith.com
- Martha E Romero    Romero@mromerolawfirm.com
- Anthony J Rothman    anthony@arothmanlaw.com
- Victor A Sahn    vsahn@sulmeyerlaw.com
- John D Schlotter    bkmail@mrdefault.com
- Mark C Schnitzer    mschnitzer@rhlaw.com
- Leonard M Shulman    lshulman@shbllp.com
- Timothy J Silverman    tim@sgsslaw.com
- Derrick Talerico    dtalerico@loeb.com, kpresson@loeb.com;ljurich@loeb.com
- James E Till    jtill@milbank.com, CSolorzano@thelobelfirm.com
- James E Till    jtill@thelobelfirm.com, CSolorzano@thelobelfirm.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

#2029995

| In re:<br>James C. Gianulias and Cameo Homes<br>Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:08-bk-13150-RK |
|---|---|

- Matthew S Walker   matthew.walker@pillsburylaw.com,
  sue.hodges@pillsburylaw.com;pamela.breeden@pillsburylaw.com
- Joshua D Wayser   joshua.wayser@kattenlaw.com
- Steven Werth   swerth@sulmeyerlaw.com
- John H Wunsch   sandra.g.mcmasters@wellsfargo.com

**SERVED BY U.S. MAIL:**

| DEBTOR<br>James C. Gianulias/Cameo Homes<br>1105 Quail Street<br>Newport Beach, CA 92660 | Office of United States Trustee<br>Attn: Michael Hauser, Esq.<br>411 W. Fourth Street, #9041<br>Santa Ana, CA 92701-4593 | Committee Counsel<br>Victor A. Sahn, Esq/Elissa D. Miller, Esq.<br>Dan Lev, Esq. - SulmeyerKupetz<br>333 South Hope Street, 35th Floor<br>Los Angeles, CA 90071 |
|---|---|---|
| Joint Committee Member<br>PCR Services Corporation<br>Attn: Steve Nelson<br>1 Venture, Suite 150<br>Irvine, CA 92618 | Joint Committee Member<br>Wachovia Bank, N.A.<br>Attn: Marsha Houston<br>355 S. Grand, #2900<br>Los Angeles, CA 90071 | Joint Committee Member<br>Housing Capital Company<br>Attn: William Wells and Dave Prowse<br>3200 Bristol St., Suite 800<br>Costa Mesa, CA 92626-1810 |
| Joint Committee Member<br>Hall & Forman, Inc.<br>Attn: Lou Ann Frederick<br>420 Exchange, #100<br>Irvine, CA 92602 | Joint Committee Member<br>David Evans & Associates, Inc.<br>Attn: Erin F. Austin<br>320 S.W. Upper Terrace Dr., #200<br>Bend, OR 97702 | Joint Committee Member<br>Tien Gu<br>c/o Parks & Oberhansley<br>Attn: Nathan C. Garn, Esq.<br>27555 Ynez Road, #207<br>Temecula, CA 92591 |
| Joint Committee Member & Petitioning Creditor<br>California National Bank<br>Attn: Jyotsna Desai, V.P.<br>221 S. Figueroa St., #310<br>Los Angeles, CA 90012-2552 | Securities Exchange Commission<br>Attn: Authorized Agent<br>5670 Wilshire Boulevard, 11th Floor<br>Los Angeles, CA 90036 | |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

#2029995